IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

GARLAND REYNOLDS, Jr., as )
Administrator of the Estate of MATTHEW )
JOHN REYNOLDS; BONNIE J. )
REYNOLDS and GARLAND REYNOLDS,)        CIVIL ACTION FILE
JR, as Surviving Parents of MATHEW )    NO. 2 04-CV-0106
JOHN REYNOLDS, deceased; BONNIE J. )
REYNOLDS, Individually; and GARLAND )
REYNOLDS, JR., Individually and as )
Husband of BONNIE J. REYNOLDS, )
)
    Plaintiffs, )
)
v. )
)
GENERAL MOTORS CORPORATION, )
)
    Defendant. )
)

## GENERAL MOTORS CORPORATION'S
## SUPPLEMENTAL RESPONSES TO INITIAL DISCLOSURES

General Motors Corporation (GM) submits its Supplemental Responses to

Initial Disclosures pursuant to Local Rule 26.1 of the United States District Court

for the Northern District of Georgia, showing as follows:

**INITIAL DISCLOSURE NO. 5:**

Provide the name and, if known, the address and telephone number of each
individual likely to have discoverable information that you may use to support
your claims or defenses, unless solely for impeachment, identifying the subjects of
the information. (Attach witness list to Responses to Initial Disclosures as
Attachment A.)

## RESPONSE TO INITIAL DISCLOSURE NO. 5:

GM's investigation into the facts and circumstances surrounding the accident which forms the basis of this litigation has only recently begun and is ongoing.  At this time, GM is aware of the following individuals who may have knowledge or information about the accident:

William Richard Merritt, Jr.
3145 Meadows Court
Lawrenceville, Georgia  30044
**Striking Driver**

K.B. Kitchens
Georgia State Patrol
Investigating Officer
**Investigating Officer**

Mary Kimsa
1357 Brookcliff Drive
Marietta, Georgia  30062
**Witness**

Beverly Debrowsky
3934 Cleveland Highway, #20
Gainesville, Georgia  30508
**Witness**

Responding emergency medical personnel from Hall County EMS

Medical personnel at Northeast Georgia Medical Center

GM anticipates that discovery into plaintiffs' claims may reveal additional witnesses whose testimony GM may use to support its defenses.  Accordingly, GM will supplement this response in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

## SUPPLEMENTAL RESPONSE TO INITIAL DISCLOSURE NO. 5:

GM's investigation into the facts and circumstances surrounding the incident which forms the basis of this litigation continues. At this time, GM is aware of the following individuals who may have knowledge or information about the wreck:

Norman Alexander
Hall County Fire Station 7
731 East Crescent Drive
Gainesville, Georgia  30501
**Firefighter**

Beverly Bartell-Debrowsky
3934 Cleveland Highway, #20
Gainesville, Georgia  30508
**Scene Witness**

Jared Bradley
Gwinnett County Police Department
75 Langley Drive
Lawrenceville, Georgia  30045
**Arresting Officer**

Brandon Bryant
Hall County Fire Station 7
731 East Crescent Drive
Gainesville, Georgia  30501
**Firefighter**

Mark Cox
Georgia State Patrol
2000 Cleveland Highway
Gainesville, Georgia  30506
**Responding Officer**

M. Tharon Dukes
Georgia State Patrol
1505 U.S. Highway 29 N.
Athens, Georgia  30601
**Member of Specialized Collision Reconstruction Team**

Dwayne Hall
Hall County Fire Station 7
731 East Crescent Drive
Gainesville, Georgia  30501
**Firefighter**

James Key
Hall County Fire Station 7
731 East Crescent Drive
Gainesville, Georgia  30501
**Firefighter**

Mary Kimsa
1357 Brookcliff Drive
Marietta, Georgia  30062
**Scene Witness**

Kenneth B. Kitchens
Georgia State Patrol
1505 Highway 29 N
Athens, Georgia  30601
**Investigating Officer**

Harold Lanier, Jr.
199 Wickenham Trace
Suwanee, Georgia  30024
**Scene Witness**

Mary E. Lester, M.D.
Grady Memorial Hospital
80 Jesse Hill Jr. Drive, SE
Atlanta, Georgia 30303
**Medical Care Provider**

Al Lovingood
Hall County Fire Station 7
731 East Crescent Drive
Gainesville, Georgia  30501
**Firefighter**

Vivian Luke
934 Greene Street Circle
Gainesville, Georgia  30501
**Scene Witness**

Marion Merck
Memorial Park Funeral Home
2030 Memorial Park Drive
Gainesville, Georgia  30507
**Coroner**

William Richard Merritt, Jr.
c/o Georgia Department of Corrections
Macon State Prison
P.O. Box 426
Oglethorpe, Georgia  31068
**Striking Driver**

Mary Morris
1841 Branchview Drive
Marietta, Georgia  30062
**Scene Witness**

Denise C. Newman
Newman's Used Motors
204 Grove Place
Decatur, Georgia  30030
**Destruction of Subject Vehicle**

A.J. Pavliscsak
Georgia State Patrol
1505 U.S. Highway 29 N.
Athens, Georgia  30601
**Member of Specialized Collision Reconstruction Team**

Jody Prickett
Hall County Fire Station 7
731 East Crescent Drive
Gainesville, Georgia  30501
**Firefighter**

Kevin Searcy
Georgia State Patrol
1505 Highway 29 N
Athens, Georgia  30601
**Responding officer**

Stan Sexton
Hall County Fire Station 7
731 East Crescent Drive
Gainesville, Georgia  30501
**Firefighter**

Mike Shields
Hall County Fire Station 7
731 East Crescent Drive
Gainesville, Georgia  30501
**Firefighter**

Scott Short
Georgia State Patrol
1505 U.S. Highway 29 N.
Athens, Georgia  30601
**Responding Officer**

Bob Watterson
Hall County Sheriff's Office
117-1/2 Bradford Street, SE
Gainesville, Georgia  30501
**Criminal Investigator**

Responding personnel from Terry's Towing

Responding personnel from Statewide Wrecker Service

Responding emergency medical personnel from Hall County EMS

Responding emergency medical personnel from LifeNet/Emory Flight

Medical personnel at Northeast Georgia Medical Center who provided treatment and/or care to Bonnie Reynolds

Medical personnel at Grady Memorial Hospital who provided treatment and/or care to Matthew Reynolds

GM anticipates that additional discovery may reveal additional witnesses whose testimony GM may use to support its defenses. Accordingly, GM will supplement this response in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

**INITIAL DISCLOSURE NO. 6:**

Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)

**RESPONSE TO INITIAL DISCLOSURE NO. 6:**

GM's investigation into the facts and circumstances surrounding the accident which forms the basis of this litigation has only recently begun and is ongoing. At this time, GM has not yet decided which expert witnesses it may use at trial to present evidence under Federal Rules of Evidence 702, 703, or 705. GM will supplement this response in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

**SUPPLEMENTAL RESPONSE TO INITIAL DISCLOSURE NO. 6:**

GM identifies the following expert witnesses who may offer testimony at trial under Rules 702, 703, and 705 of the Federal Rules of Civil Procedure:

Richard E. Keefer
Exponent, Inc.
39100 Country Club Drive
Farmington Hills, Michigan 48331

Elizabeth H. Raphael, M.D.
Piziali and Associates
655 Skyway Road, #202
San Carlos, California 94070

Robert E. Larson
Exponent, Inc.
23445 North 19th Avenue
Phoenix, Arizona  85027

Garry S. Bahling
Vehicle Assessment Consulting, Inc.
2975 Bullock Drive
Metamora, Michigan  48455

Pamela M. Oviatt
Oviatt Engineering, Inc.
116 S. 4th Avenue
Logan, Iowa 51546

David M. Blaisdell
Collision Research & Analysis
2707 Jahn Avenue, NW
Gig Harbor, Washington  98335

Robert F. Hellmuth
10512 Gainsborough Road
Potomac, Maryland 20854

Robert A. Sinke
RAS Engineering
3889 Raye Lane
Hartland, Michigan 48353

Jeya Padmanaban
J.P. Research, Inc.
2570 W. El Camino Real
Suite 380
Mountain View, California  94040

Roger C. Tutterow, Ph.D.
Mercer University - Stetson School of Business and Economics
3001 Mercer University Drive
Atlanta, Georgia 30341-4155

Reports for these expert witnesses are attached.

GM specifically reserves the right to supplement these disclosures as appropriate, including but not limited to the identification of additional expert witnesses made necessary by way of further discovery.

GM also reserves the right to call lay witnesses to provide opinion testimony in areas where they are qualified to offer such opinions based on their training, observations and/or personal experience.

Further, GM reserves the right to elicit opinion testimony from GM engineers where such opinions relate to and are based solely on their regular professional duties as GM employees.

In addition, GM reserves the right to call witnesses to rebut the contentions or testimony of plaintiffs and/or any witness(es) identified by plaintiffs, including expert witnesses, or to rebut or provide context for the testimony of any witnesses who testify at trial, which may include expert testimony.

This 19th day of May, 2006.

/s/ L. Frank Coan, Jr.
Robert D. Hays
Georgia Bar No. 340956
L. Frank Coan, Jr.
Georgia Bar No. 170966
Robert L. Arrington, Jr.
Georgia Bar No. 141853
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Phone:  (404) 572-4600
Facsimile:  (404) 572-5100

ATTORNEYS FOR DEFENDANT
GENERAL MOTORS CORPORATION

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

GARLAND REYNOLDS, Jr., as )
Administrator of the Estate of MATTHEW )
JOHN REYNOLDS; BONNIE J. )
REYNOLDS and GARLAND REYNOLDS,)     CIVIL ACTION FILE
JR, as Surviving Parents of MATHEW )     NO. 2 04-CV-0106
JOHN REYNOLDS, deceased; BONNIE J. )
REYNOLDS, Individually; and GARLAND )
REYNOLDS, JR., Individually and as )
Husband of BONNIE J. REYNOLDS, )
    )
     Plaintiffs, )
    )
v. )
    )
GENERAL MOTORS CORPORATION, )
    )
     Defendant. )
_____)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2006, I electronically filed

**GENERAL MOTORS CORPORATION'S SUPPLEMENTAL RESPONSES**

**TO INITIAL DISCLOSURES** with the Clerk of Court using the CM/ECF system

which will automatically send e-mail notification of such filing to the following

attorneys of record:

         Gary B. Blasingame
         Henry G. Garrard, III
         Norwood S. Wilner
         Steven R. Browning

/s/ L. Frank Coan, Jr.
Georgia Bar No. 170966
Attorney for General Motors
Corporation

L. Frank Coan, Jr.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309-3521
Telephone: (404) 572-4600
fcoan@kslaw.com

-2-