IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN OPEN COURT
U.S.D.C. Gainesville

JUN 17 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| GARLAND REYNOLDS, JR., as Administrator of the Estate of MATTHEW JOHN REYNOLDS and BONNIE J. REYNOLDS and GARLAND REYNOLDS, JR., as Surviving Parents of MATTHEW JOHN REYNOLDS, deceased, BONNIE J. REYNOLDS, Individually, and GARLAND REYNOLDS, JR., Individually and as Husband of Bonnie J. Reynolds,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br><br>Defendant. | CIVIL ACTION NO.<br>2:04-CV-106-RWS |

AO 72A
(Rev.8/82)

# **VERDICT**

Select A or B:

A. __X__   We, the jury, find that Plaintiffs proved by a preponderance of the evidence that a defect in the 1995 Blazer proximately caused injuries to the Plaintiffs.

B. _____   We, the jury, find that Plaintiffs failed to prove by a preponderance of the evidence that a defect in the 1995 Blazer proximately caused injuries to Plaintiffs.

If you selected A, proceed to sections 1-6. If you selected B, your deliberations are complete, and your foreperson should date and sign the verdict.

1. As to the claim for the wrongful death of Matthew John Reynolds:

   __X__   We, the jury, find for Bonnie Reynolds and Garland Reynolds, Jr. and award damages in the amount of

   $ __2,400,000__

   Or

   _____   We, the jury, find for General Motors Corporation.

2. As to the claim for pain and suffering of Matthew John Reynolds:

__X__ We, the jury, find for Garland Reynolds, Jr., as Administrator of the Estate of Matthew John Reynolds and award damages in the amount of $ _62,200_

Or

_____ We, the jury, find for General Motors Corporation.

3. As to the claim for funeral and medical expenses of Matthew John Reynolds:

__X__ We, the jury, find for Garland Reynolds, Jr., as Administrator of the Estate of Matthew John Reynolds and award damages in the amount of $ _35,980_

Or

_____ We, the jury, find for General Motors Corporation.

AO 72A
(Rev.8/82)

4. As to the claim for pain and suffering of Bonnie Reynolds:

__X__ We, the jury, find for Bonnie Reynolds and award damages in the amount of $ 1,000,000

Or

_____ We, the jury, find for General Motors Corporation.

5. As to the claim for medical expenses of Bonnie Reynolds:

__X__ We, the jury, find for Bonnie Reynolds and award damages in the amount of $ 1,820

Or

_____ We, the jury, find for General Motors Corporation.

6. As to the claim for punitive damages:

Shall punitive damages be awarded against General Motors?

_____ Yes

Or

__X__ No.

Date: June 17, 2008                                    _____
                                                        Foreperson

4