IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

GARLAND REYNOLDS, JR., as )
Administrator of the Estate )
of MATTHEW JOHN REYNOLDS and )
BONNIE J. REYNOLDS and ) CASE #: 2:04-CV-0106-RWS
GARLAND REYNOLDS, JR., as )
Surviving Parents of MATTHEW JOHN )
REYNOLDS, deceased, BONNIE J. )
REYNOLDS, Individually, and )
GARLAND REYNOLDS, JR., )
Individually and as Husband of )
BONNIE J. REYNOLDS, )
)
    Plaintiffs, )
)
v. )
)
GENERAL MOTORS CORPORATION, )
a foreign corporation, )
)
    Defendant. )
)

## JUDGMENT

Pursuant to F.R.C.P. 54, the following judgment is entered in this matter;

1.

On June 17, 2008, a jury awarded Plaintiffs the following sums at the trial of this matter:

    (1)    Bonnie J. Reynolds $1,001,820.00;

    (2)    Bonnie J. Reynolds and Garland Reynolds, Jr. $2,400,000.00; and

    (3)    Garland Reynolds, Jr., as Administrator of the Estate of Matthew John Reynolds $98,180.00;

2.

On November 1, 2002, Bonnie J. Reynolds settled all claims she had against William Richard Merritt, Jr., Sharyn Merritt and Vesta Insurance Company for the sum of $25,000.00. On November 1, 2002, Bonnie J. Reynolds and Garland Reynolds, Jr. settled any and all claims they had against William Richard Merritt, Jr., Sharyn Merritt and Vesta Insurance Company as to claims arising out of the death of the said Matthew John Reynolds for the sum of $25,000.00. Based thereon, Defendant is entitled to $25,000.00 credits on said verdict (1) as to the claims of Bonnie J. Reynolds and (2) as to the claims of Bonnie J. Reynolds and Garland Reynolds, Jr.;

Based on the above, judgment it is hereby entered in this matter for the following sums:

(1) Judgment in favor of Plaintiff Bonnie J. Reynolds against the Defendant in the amount of $976,820.00;

(2) Judgment in favor of Plaintiffs Bonnie J. Reynolds and Garland Reynolds, Jr. against the Defendant in the amount of $2,375,000.00; and

(3) Judgment in favor of Plaintiff Garland Reynolds, Jr., as Administrator of the Estate of Matthew John Reynolds against the Defendant in the amount of $98,180.00.

Pursuant to F.R.C.P. 54(d) and Local Rule 54.1, Plaintiffs shall file their bill of costs, if any, within 30 days of the entry of this judgment.

This 23rd day of June, 2008.

                                                _____
                                                HONORABLE RICHARD W. STORY
                                                UNITED STATES DISTRICT JUDGE