AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| Garland Reynolds, Jr., et al. | ) | |
| | ) | |
| v. | ) | Case No.: 2:04-CV-0106-RWS |
| | ) | Gainesville Division |
| General Motors Corporation | ) | |
| | ) | |

## Bill of Costs

Judgment having been entered in the above entitled action __06/23/2008__ against __General Motors Corporation__ ,
                                                                                    Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 750.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 126.73 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 26,250.28 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,499.71 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | 8,080.17 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 502.60 |
| TOTAL | $ 38,209.49 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney: __Andrew J. Hill, III__

For: __Garland Reynolds, Jr. and Bonnie Reynolds__                    Date: __07/23/2008__

Name of Claiming Party

Costs are taxed in the amount of __$ 38,209.49__ and included in the judgment.

JAMES N. HATTEN
Clerk of Court                    By: __Stacy Clerp__                    __7-25-08__
                                        Deputy Clerk                        Date

AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Vivian Land? Gainsville, Georgia | 1 | 40.00 | | | 3 | 1.41 | $41.41 |
| Gary O. Cims Flowery Branch, Georgia | 1 | 40.00 | | | 30 | 15.25 | $55.25 |
| | 1 | 40.00 | | | | | |
| Patricia C. Davis, M.D. Atlanta, Georgia | 1 | 40.00 | | | 111 | 56.16 | $96.16 |
| | 1 | 40.00 | | | | | |
| Robert Coston, Ph.D. Statesboro, Georgia | 1 | 40.00 | | | 516 | 260.58 | $300.58 |
| See next page for continuation of witness fees and mileage fees | | | | | TOTAL | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
RULE 54(d)(1)

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

RULE 6

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

RULE 58(e)

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| ░░░░░░░░░░░░░░ | 3 | 120.00 | | | | | $120.00 |
| Stanley Andrews Farmington, Arkansas | 3 | 120.00 | | | | | $120.00 |
| ░░░░░░░░░░░░░░ | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| ░░░░░░░░░░░░░░ | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $2,499.71 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| GARLAND REYNOLDS, JR., as<br>Administrator of the Estate<br>of MATTHEW JOHN REYNOLDS and<br>BONNIE J. REYNOLDS and<br>GARLAND REYNOLDS, JR., as<br>Surviving Parents of MATTHEW JOHN<br>REYNOLDS, deceased, BONNIE J.<br>REYNOLDS, Individually, and<br>GARLAND REYNOLDS, JR.,<br>Individually and as Husband of<br>BONNIE J. REYNOLDS,<br><br>     Plaintiffs,<br><br>  v.<br><br>GENERAL MOTORS CORPORATION,<br>a foreign corporation,<br><br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE #: 2:04-CV-0106-RWS |

## JUDGMENT

Pursuant to F.R.C.P. 54, the following judgment is entered in this matter;

1.

On June 17, 2008, a jury awarded Plaintiffs the following sums at the trial of this matter:

(1)  Bonnie J. Reynolds $1,001,820.00;

(2)  Bonnie J. Reynolds and Garland Reynolds, Jr.
     $2,400,000.00; and

(3)  Garland Reynolds, Jr., as Administrator of the Estate
     of Matthew John Reynolds $98,180.00;

2.

On November 1, 2002, Bonnie J. Reynolds settled all claims she had against William Richard Merritt, Jr., Sharyn Merritt and Vesta Insurance Company for the sum of $25,000.00.  On November 1, 2002, Bonnie J. Reynolds and Garland Reynolds, Jr. settled any and all claims they had against William Richard Merritt, Jr., Sharyn Merritt and Vesta Insurance Company as to claims arising out of the death of the said Matthew John Reynolds for the sum of $25,000.00.  Based thereon, Defendant is entitled to $25,000.00 credits on said verdict (1) as to the claims of Bonnie J. Reynolds and (2) as to the claims of Bonnie J. Reynolds and Garland Reynolds, Jr.;

Based on the above, judgment it is hereby entered in this matter for the following sums:

(1)    Judgment in favor of Plaintiff Bonnie J. Reynolds against the Defendant in the amount of $976,820.00;

(2)    Judgment in favor of Plaintiffs Bonnie J. Reynolds and Garland Reynolds, Jr. against the Defendant in the amount of $2,375,000.00; and

(3)    Judgment in favor of Plaintiff Garland Reynolds, Jr., as Administrator of the Estate of Matthew John Reynolds against the Defendant in the amount of $98,180.00.

Pursuant to F.R.C.P. 54(d) and Local Rule 54.1, Plaintiffs shall file their bill of costs, if any, within 30 days of the entry of this judgment.

This 23rd day of June, 2008.

HONORABLE RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

3

## DESCRIPTION OF ITEMS ON BILL OF COSTS

| | | |
|---|---|---|
| **I.** | **FEES OF THE CLERK** | <u>Amount</u> |
| | Filing fees | $150.00 |
| | Pro Hac Vice for Stephanie J. Hartley<br>Check # 12864 | $150.00 |
| | Pro Hac Vice for Norwood S. Wilner<br>Check # 12865 | $150.00 |
| | Pro Hac Vice for Steven R. Browning<br>Check # 12863 | $150.00 |
| | Pro Hac Vice for Aaron Metcalf<br>Check # 1660 | $150.00 |
| **II.** | **SERVICE FEES(PROCESS SERVICE)** | <u>Amount</u> |
| | Kathy J. Greer<br>06/04/04 | $126.73 |
| **III.** | **COURT REPORTING COSTS** | |

| <u>Witnesses</u>    (<u>Depositions</u>) | <u>Amount</u> |
|---|---|
| **Stanley B. Andrews, MSBAE**<br>Alexander Gallo & Associates, LLC<br>Invoice #43426 | $813.00 |
| **Garry Bahling**<br>On the Record Reporting and Video<br>Invoice #21615 | $359.35 |
| **Charles E. Benedict, Ph.D., P.E.**<br>Alexander Gallo & Associates, LLC<br>Invoice #43590 | $1,263.25 |
| **David M. Blaisdell**<br>Byers & Anderson, Inc.<br>Invoice #60162 | $464.70 |
| **Brandon Bryant**<br>**Mary Morris**<br>Brown & Gallo LLC<br>Invoice #42043 | $474.25 |

**Stephen Cassata**                                      $2,444.85
Esquire Deposition Services, LLC
Invoice #40175ENJ and #39743ENJ

**Gary Cims**                                            $472.50
**Kenneth Ranalli**
Brown & Gallo LLC
Invoice #47285

**Robert Coston, Ph.D.**                                 $613.75
Brown & Gallo LLC
Invoice #42914

**Patricia Clark Davis, M.D.**                           $478.00
Brown & Gallo LLC
Invoice #42264

**Robert F. Hellmuth**                                   $491.40
Esquire Deposition Services, LLC
Invoice #42318ATL

**Dr. Robert Hooker**                                    $634.00
Alexander Gallo & Associates, LLC
Invoice #43469

**Richard E. Keefer**                                    $922.77
Esquire Deposition Services, LLC
Invoice #104092EMI

**Kenneth Kitchens**                                     $362.82
Brown & Gallo LLC
Invoce #47768

**Harold Dwight Lanier, Jr.**                            $710.75
**Melvin Tharon Dukes, Sgt.**
**Vivian Rawls Luke**
Brown & Gallo LLC
Invoice #41926

**Robert E. Larson**                                     $2,997.56
Esquire Deposition Services, LLC
Invoice #4929EPX

**Mary E. Lester, M.D.**                                 $421.50
Brown & Gallo LLC
Invoice #47384

**Pamela M. Oviatt**                                    $469.25
Thomas & Thomas Court Reporters
Invoice #6931

**Jeya Padmanaban**                                     $328.50
Obujen & McCutcheon
Invoice #1268

**Elizabeth H. Raphael, M.D.**                          $491.66
Esquire Deposition Services, LLC
Invoice #66365ESF

**David A. Renfroe, Ph.D., P.E.**                       $977.30
Alexander Gallo & Associates, LLC
Invoice #43071

**Bonnie Reynolds**                                     $552.00
Brown & Gallo LLC
Invoice #41732

**Minor Garland Reynolds, Jr.**                         $570.25
Brown & Gallo LLC
Invoice #42368

**Grace Rozycki, M.D.**                                 $279.05
Brown Reporting
Invoice #420462

**Trooper Kelvin Searcy**                               $270.50
Brown & Gallo LLC
Invoice #47280

**Robert Sinke**                                        $123.75
Esquire Deposition Services, LLC
Invoice #106290EMI

**Rodney Whitmire**                                   $1,029.60
**Scott Brantley Short, Sgt.**
Brown & Gallo LLC
Invoice #43068

**Roger C. Tutterow, Ph.D.**                            $450.45
Esquire Deposition Services, LLC
Invoice #41377ATL

**Dennis J. Vallad**                                  $2,957.25
Esquire Deposition Services, LLC
Invoice #39743
Invoice #40049

| Trial Testimony Transcripts | Amount |
|---|---|

**Sharon Upchurch**      $1,193.85
United States Court Reporter
Invoice #20080044, #20080042, #20080054,
#20080054
In re:  *Garland Reynolds, Jr. et al. v.*
        *General Motors Corporation*

**G. William Abel, Jr.**      $2,632.42
Official Court Reporter for Enotah Judicial
Check #056416 and #056730
In re:  *State v. Merritt*

## IV.  WITNESS FEES & MILEAGE FEES

| Witnesses | Amount |
|---|---|

**Vivian Luke**      $41.41
     1 day @ $40.00/day
     2.8 miles @ $0.505/mile

**Kelvin Searcy**      $133.73
     1 day @ $40.00/day
     185.6 miles @ $0.505/mile

**Gary O. Cims**      $55.25
     1 day @ $40.00/day
     30.2 miles @ $0.505/mile

**Patricia C. Davis, M.D.**      $96.16
     1 day @ $40.00/day
     111.2 miles @ $0.505/mile

**Mary Lester, M.D.**      $357.14
     1 day @ $40.00/day
     628 miles @ $0.505/mile

**Robert Coston, Ph.D.**      $300.58
     1 day @ $40.00/day
     516 miles @ $0.505/mile

**David Renfroe, Ph.D., P.E.**      $120.00
     3 days @ $40.00/day

**Stanley Andrews**      $120.00
     3 days @ $40.00/day

**Mileage for David Renfroe and Stanley Andrews**              $1,275.44
    1,192 miles @ $1.07/mile

V.    **HOTEL ACCOMMODATIONS FOR WITNESSES**

    **David Renfroe, Ph.D., P.E.**              $201.04
    Holiday Inn Invoice
    06/08/08-06/09/08

    **Stanley Andrews**              $301.56
    Holiday Inn Invoice
    06/08/08-06/10/08

VI.  **COPY INVOICES**              <u>Amount</u>

    5/13/2008              $104.33
    Athens Blueprint & Copy Shop
    Invoice #000103018295
    Copies of Trial Exhibits

    5/19/2008              $452.91
    Athens Blueprint & Copy Shop
    Invoice #000103019204
    Copies of Trial Exhibits

    5/20/08              $100.15
    Athens Blueprint & Copy Shop
    Invoice #000103019384
    Copies of Trial Exhibits

    5/20/08              $44.17
    Athens Blueprint & Copy Shop
    Invoice #000103019458
    Copies of Trial Exhibits

    5/20/08              $7,377.22
    Epic Invoice #96952
    Copies of Trial Exhibits

    5/27/08              $1.39
    Athens Blueprint & Copy Shop
    Invoice #000103019923
    Copies of Trial Exhibits

               **TOTAL**              **$38,209.49**

```
              U.S. District Court
           Northern District of Georgia
               Gainesville Division
        121 Spring St SE, Gsvl, GA 30501
           BLASINGAME, BURCH, GARRARD..

        # 324295  sk   6/02/2004 @ 14:56
        ------------------------------------
        Check                        90.00
        Fund:510000
        BLASINGAME, BURCH, GARRARD..
        2:04-CV-00106 CF=1 REYNOLDS ET AL
        Check                        60.00
        Fund:086900
        BLASINGAME, BURCH, GARRARD..
        2:04-CV-00106 CF=1 REYNOLDS ET AL
        ------------------------------------
        Total                       150.00
        Tendered                    150.00
        Change                        0.00
```

JUN 16

**KATHY J. GREER**
**4495 Floyd Drive**
**Mableton, GA  30126**
**770-948-8912**

=====================================

## INVOICE

To: Gary Blasingame
    Attorney at Law

From: Kathy J. Greer
      Process Service

Case:  GARLAND REYNOLDS, et al - vs. - GENERAL MOTORS CORPORATION
       UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF GEORGIA
       CASE # 2 04-CV-0106-WCO

Date: June 04, 2004

=================================================================

### Invoice Itemization

1.75 hours x $55.00    = $096.25
0.25 hrs adm x $25.00 = $006.25
Incurred Parking cost =$000.00
32.3 miles x $00.75    = $024.23
Total Invoiced Amount= $126.73

Respectfully Submitted

*Kathy J Greer*
Kathy J. Greer

**SUMMONS SERVICE ACTIVITY REPORT**
**GARLAND REYNOLDS, et al - vs. - GENERAL MOTORS CORPORATION**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**CASE # 2 04-CV-0106-WCO**

-------------------------------------------------

Friday
June 04, 2004
10:42 am - Enroute to Corporation Process Company
11:20 am - Served:

        GENERAL MOTORS CORPORATION
        c/o Corporation Process Company
        via BONNIE HALHOBER
        180 Cherokee Street, NE
        Marietta, Georgia 30060

11:22 am - Enroute to office
11:59 am - Arrived at office

                          1.25 hours

03:15 pm - Completed Cert of Service and Activity Report. Spoke to Shirley.
03:30 pm - Stop time

                  0.25 hours Administrative

03:45 pm - Enroute to Fed Ex
04:15 pm - Arrived back at office

                       0.50 hours
                       32.3 miles

=============================

Respectfully Submitted -
Kathy J. Greer



**Alexander Gallo & Associates, LLC**
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

Telephone (404) 495-0777
Facsimile (404) 495-0766
Toll Free (877) 495-0777
www.galloreporting.com

**REMIT TO:**
Alexander Gallo & Associates, LLC
Post Office Box 550654
Atlanta, Georgia 30355

NORWOOD S. WILNER, ESQ.
SPOHRER, WILNER, MAXWELL & MATTHEWS
701 WEST ADAMS STREET
SUITE 2
JACKSONVILLE, FL 32204

## Invoice #43426

| Date | Terms |
|------|-------|
| 07/24/2006 | NET 30 |

| Assignment | Case | Gallo File # | Shipped | Shipped Via |
|------------|------|--------------|---------|-------------|
| 06/07/2006 | REYNOLDS vs. GENERAL MOTORS | 13789 | 07/12/2006 | F-P-O |

| Description |
|-------------|
| Copy Transcript of STANLEY ANDREWS |

Amount Due: $ 813.00
Paid: $ 0.00

*LOCATION OF DEPOSITION:*
*FARMINGTON, ARKANSAS*

| Balance Due: | $ 813.00 |
|--------------|----------|
| Payment Due: | Upon Receipt |

After 08/23/2006 Pay This Amount: $ 894.30

Terms: Payable upon receipt. 1.5% per month.
Accounts unpaid after a reasonable period of time
that are sent to collections agree to pay all collection
costs, including contingency fee paid to attorney.

ax Number:
20-4254161

**Method of Payment**

☐ Check Enclosed
Please Make Check Payable To:

**Alexander Gallo & Associates, LLC**

☐☐☐☐ ☐☐☐☐ ☐☐☐☐
Credit Card Number

Charge My Credit Card

☐ VISA   ☐ MasterCard

☐ American Express

☐☐☐☐ ☐☐☐☐
Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone



# ON THE RECORD REPORTING & VIDEO, LLC

24626 Michigan Avenue • Dearborn, Michigan 48124
**(313) 274-2800**
FAX (313) 274-2802
ontherecord@otrr.ldmi.net
www.dearborncourtreporter.com



Spohrer Wilner Maxwell &
Matthews, PA
701 West Adams Street
Jacksonville, FL 32204

Steven R. Browning, Esq.

Reynolds v
General Motors Corp.

| | |
|---|---|
| **INVOICE NO. :** | 21615 |
| **INVOICE DATE:** | 2/13/2007 |
| **REPORTER:** | |
| Sharon Julian | |

**ID#** 38-2999580

| Date | Description |
|---|---|
| 1/12/2007 | Dep of: Garry S. Bahling |
| | Attendance of Reporter |
| | Original & One Condensed Copy |
| | Read & Sign |
| 1/30/2007 | Complimentary E-Mail/E-Tran |
| | (w/Exhibits) |
| | Photocopying |
| | Parking |
| 2/01/2007 | USPS |

| | |
|---|---|
| **Sub Total** | 359.35 |
| **Paid** | 0.00 |
| **Balance Due** | 359.35 |

**PAYMENT DUE UPON RECEIPT.**
VISA/MASTER CARD ACCEPTED
A COPY OF THIS STATEMENT MUST ACCOMPANY YOUR PAYMENT TO ASSURE PROPER CREDIT.
LATE PAYMENT MAY BE SUBJECT TO A COLLECTION FEE.



**ALEXANDER GALLO & ASSOCIATES, LLC**
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

Telephone (404) 495-0777
Facsimile (404) 495-0766
Toll Free (877) 495-0777
www.galloreporting.com

**REMIT TO:**
Alexander Gallo & Associates, LLC
Post Office Box 550654
Atlanta, Georgia 30355

NORWOOD S. WILNER, ESQ.
SPOHRER, WILNER, MAXWELL & MATTHEWS
701 WEST ADAMS STREET
SUITE 2
JACKSONVILLE, FL 32204

*Invoice #43590*

| Date | Terms |
|---|---|
| 07/28/2006 | NET 30 |

| Assignment | Case | Gallo File # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/20/2006 | REYNOLDS vs. GENERAL MOTORS | 13789 | 07/25/2006 | F-S-0 |

| Description |
|---|
| Copy Transcript of CHARLES BENEDICT, Ph.D., P.E |

Amount Due: $ 1,263.25
Paid: $ 0.00

| Balance Due | $ 1,263.25 |
|---|---|
| Payment Due | Upon Receipt |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 3-DAY EXPEDITED RATE.*

*LOCATION OF DEPOSITION: TALLAHASSEE, FLORIDA*

After 08/27/2006 Pay This Amount:        $ 1,389.58

Tax Number:
20-4254161

Terms: Payable upon receipt. 1.5% per month.
Accounts unpaid after a reasonable period of time
that are sent to collections agree to pay all collection
costs, including contingency fee paid to attorney.

## Method of Payment

☐ Check Enclosed
  Please Make Check Payable To:
  **Alexander Gallo & Associates, LLC**

Charge My Credit Card
☐ **VISA**  ☐ **MasterCard**
☐ **American Express**

Signature (as it appears on your credit card)
_____

Print Name (as it appears on your credit card)
_____

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Credit Card Number                Exp. Date

Daytime Phone



# Byers & Anderson, Inc.
**Court Reporters/Video/Videoconferencing**
2208 North 30th Street, Suite 202
Tacoma, WA 98403-3360
Tacoma (253) 627-6401  Toll Free (800) 649-2034
Seattle (206) 340-1316    Fax (253) 383-4884

*Left message with Patty Kellogg 9:30 1/17/07*

Norwood Wilner
Spohrer Wilner Maxwell
701 W. Adams Street, Suite 2
Jacksonville, FL 32204-1621

PLEASE REFERENCE INVOICE
NUMBER WHEN REMITTING

| | |
|---|---|
| Invoice Date | 3/17/2007 |
| Invoice No. | 80,162 |

RE:      Reynolds vs. General Motors
Witness:  David Blaisdell*
Date:     1/10/2007

Fax:(904)358-6889

Reporter:  KK
Tax TO No.  91-1250690
Job No.  13988-1

| Description | Quantity | Price | Charges |
|---|---|---|---|
| Attendance - Minimum Fee | 1 | 125.00 | 125.00 |
| Original & One Copy | 48 | 3.95 | 189.60 |
| Document Copies | 27 | 0.30 | 8.10 |
| Document Copies Color | 48 | 1.50 | 72.00 |
| E-Transcript | 1 | 40.00 | 40.00 |
| Federal Express | 1 | 30.00 | 30.00 |

Terms: Full payment due upon receipt
Invoices over 30 days will be assessed at 1.5% per month
Reporter is an independent contractor
To ensure PROPER CREDIT, please reference invoice number.

**Total:  464.70**

***If you have received this invoice in error, please
notify us immediately by telephone.***

**TOTAL BALANCE
DUE:   464.70**


## BROWN & GALLO
### LLC

Telephone (404) 495-0777
(404) 876-8979
Toll Free (877) 495-0777
(800) 637-0293
Fax (404) 495-0766

www.galloreporting.com

ANDREW J. HILL, ESQ.
BLASINGAME, BURCH, GARRARD, & ASHLEY, PC - ATHENS
440 COLLEGE AVENUE
ATHENS, GA 30601

## Invoice #42043

| Date | Terms |
|------|-------|
| 05/22/2006 | NET 30 |

| Assignment | Case | Bg File | Shipped | Shipped Via |
|------------|------|---------|---------|-------------|
| 05/02/2006 | REYNOLDS vs. GENERAL MOTORS | 13789 | 05/18/2006 | F-X-S |

**Description**

Copy Transcript of BRANDON BRYANT
Copy Transcript of MARY MORRIS

Amount Due:     $ 474.25
Paid:     $ 474.25

| Balance Due: | $ 0.00 |
|--------------|--------|
| Payment Due: | 06/21/2006 |

Tax Number: 20-8233517

Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Brown & Gallo, LLC

Amount Authorized _____

Credit Card Number ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐    Exp. Date ☐☐☐☐

Signature (as it appears on your credit card) _____

Print Name (as it appears on your credit card) _____

Daytime Phone Number _____

**Remit to: Brown & Gallo, LLC   P.O. Box 934157   Atlanta GA 31193-4157**

Printed with FinePrint - purchase at www.fineprint.com

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684                              51233    ESQUT03
90 Woodbridge Center Drive, Suite 340
Woodbridge, NJ  07095
(732)283-1060    FAX(732)283-1640

BLASINGAME BURCH GARRARD & ASHLEY P.C.              40175ENJ  12/28/05
440 COLLEGE AVENUE NORTH
ATHENS, GA 30603                                              07/15/08


ATTN : GARY BLASINGAME



REYNOLDS VS GENERAL MOTORS

| | | | | |
|---|---|---|---|---|
| SERVICES PROVIDED ON 11/13/05: | 1- 241 | 241 PGS @ $4.85 | 1,168.85 | O+1 |
| STEPHEN CASSATTA | | | 80.00 | |
| ATTENDANCE FEE | 241 @ | $0.50 | 120.50 | |
| VIDEO SURCHARGE | | | 20.00 | |
| COMPRESSED FORMAT TRANSCRIPT | 71 @ | $0.50 | 35.50 | |
| EXHIBITS | | | 25.00 | |
| POSTAGE AND HANDLING | | | | |

NI



PAYMENTS RECEIVED                                      -1,449.85

BALANCE DUE                                                 0.00

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of          For Invoice Questions,
one and one-half percent (1.5%) per month or the maximum rate allowed by law.            Please Call
Contact us immediately with questions or corrections regarding billing or payment.      (866)377-5962
No adjustments or refunds will be made after 120 days from date of payment.         Fax (973)377-9543


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ESQUIRE DEPOSITION SERVICES, LLC        JOB: 51233  TOT: $0.00
P.O. BOX 785751                         INVOICE #: 40175ENJ
Philadelphia,PA 19178-5751              DATE: 07/15/08
Tax ID # 22-3779684


BLASINGAME BURCH GARRARD & ASHLEY P.C.
Attn: GARY BLASINGAME
440 COLLEGE AVENUE NORTH
ATHENS, GA 30603

**Esquire Deposition Services, LLC**
A Hobart West Company
Tax ID # 22-3779684                         51232      ESQUT03
90 Woodbridge Center Drive, Suite 340
Woodbridge, NJ  07095
(732)283-1060   FAX(732)283-1640

BLASINGAME BURCH GARRARD & ASHLEY P.C.
440 COLLEGE AVENUE NORTH                    39743ENJ   11/30/05
ATHENS, GA 30603
                                                       07/15/08


ATTN : GARY BLASINGAME


REYNOLDS VS GENERAL MOTORS

SERVICES PROVIDED ON 11/13/05:

STEVE CASSATTA

VIDEO DEPOSITION                                       315.00
FIRST TWO HOURS OF VIDEOTAPING
ADDITIONAL HOURS RECORDING       5 @ 105.00            525.00
VIDEO SET-UP FEE                                        75.00
VIDEOCASSETTE                    3 @ $15.00             45.00
POSTAGE AND HANDLING                                    35.00
NI


         PAYMENTS RECEIVED                            -995.00

              BALANCE DUE                                0.00

Any amounts not paid within 30 days of the invoice will be considered past      **For Invoice Questions,**
due and a late charge will accrue on any unpaid balance at the lesser of               **Please Call**
one and one-half percent (1.5%) per month or the maximum rate allowed by law.        **(866)377-5962**
Contact us immediately with questions or corrections regarding billing or payment.  **Fax (973)377-9543**
No adjustments or refunds will be made after 120 days from date of payment.


- - - - - - - - - - - - - - - - - - - - - - - - -


    ESQUIRE DEPOSITION SERVICES, LLC      JOB: 51232  TOT: $0.00
    P.O. BOX 785751                       INVOICE #: 39743ENJ
    Philadelphia,PA 19178-5751            DATE: 07/15/08
    Tax ID # 22-3779684


    BLASINGAME BURCH GARRARD & ASHLEY P.C.
    Attn: GARY BLASINGAME
    440 COLLEGE AVENUE NORTH
    ATHENS, GA 30603


BROWN&GALLO
LLC

Telephone (404) 495-0777
(404) 876-8979
Toll Free (877) 495-0777
(800) 637-0293
Fax (404) 495-0766

www.galloreporting.com

ANDREW J. HILL, ESQ.
BLASINGAME, BURCH, GARRARD, & ASHLEY, PC - ATHENS
440 COLLEGE AVENUE
ATHENS, GA 30601

### *Invoice #47285*

| Date | Terms |
|---|---|
| 01/19/2007 | NET 30 |

| Assignment | Case | Bg File | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/09/2007 | REYNOLDS vs. GENERAL MOTORS | 13789 | 01/17/2007 | F-X-S |

**Description**
Copy Transcript of GARY CIMS
Copy Transcript of KENNETH RANALLI

|  |  |
|---|---|
| Amount Due: | $ 472.50 |
| Paid: | $ 472.50 |

| Balance Due: | $ 0.00 |
|---|---|
| Payment Due: | 02/18/2007 |

Tax Number: 20-8233517

Method of Payment
☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Brown & Gallo, LLC

Amount Authorized _____

Credit Card Number

Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone Number

Remit to: Brown & Gallo, LLC   P.O. Box 934157   Atlanta GA 31193-4157

Printed with FinePrint - purchase at www.fineprint.com



BROWN & GALLO
LLC

Telephone (404) 495-0777
(404) 876-8979
Toll Free (877) 495-0777
(800) 637-0293
Fax (404) 495-0766

www.galloreporting.com

GARY B. BLASINGAME, ESQ.
BLASINGAME, BURCH, GARRARD, & ASHLEY, PC - ATHENS
440 COLLEGE AVENUE
ATHENS, GA 30601

## Invoice #42914

| Date | Terms |
|------|-------|
| 06/29/2006 | NET 30 |

| Assignment | Case | Bg File | Shipped | Shipped Via |
|------------|------|---------|---------|-------------|
| 06/09/2006 | REYNOLDS vs. GENERAL MOTORS | 13789 | 06/26/2006 | F-X-S |

**Description**

Copy Transcript of ROBERT COSTON, PH.D.

Amount Due: $ 613.75
Paid: $ 613.75

*LOCATION OF DEPOSITION: STATESBORO, GEORGIA.*

| Balance Due: | $ 0.00 |
|--------------|--------|
| Payment Due: | 07/29/2006 |

*\*\*\*ROUGH DRAFT PROVIDED\*\*\**

Tax Number: 20-8233517

| Method of Payment | ☐ Check Enclosed |
|-------------------|------------------|
| ☐ VISA | Please Make Check Payable to Brown & Gallo, LLC |
| ☐ MasterCard | |
| ☐ American Express | Amount Authorized _____ |

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card Number          Exp. Date

Daytime Phone Number

Remit to: Brown & Gallo, LLC  P.O. Box 934157  Atlanta GA 31193-4157



# BROWN & GALLO
LLC

Telephone (404) 495-0777
(404) 876-8979
Toll Free (877) 495-0777
(800) 637-0293
Fax (404) 495-0766

www.galloreporting.com

HENRY G. GARRARD, III, ESQ.
BLASINGAME, BURCH, GARRARD, & ASHLEY, PC - GREENSBORO
SUITE B
1040 FOUNDERS ROW
GREENSBORO, GA 30642

## Invoice #42264

| Date | Terms |
|---|---|
| 05/31/2006 | NET 30 |

| Assignment | Case | Bg File | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/24/2006 | REYNOLDS vs. GENERAL MOTORS | 13789 | | F-2 |

**Description**

Copy Transcript of PATRICIA CLARK DAVIS, M.D.

Amount Due: $ 478.00
Paid: $ 478.00

***ROUGH DRAFT PROVIDED***

| Balance Due: | $ 0.00 |
|---|---|
| Payment Due: | 06/30/2006 |

Tax Number: 20-8233517

Method of Payment
☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Brown & Gallo, LLC

Amount Authorized _____

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Credit Card Number                    Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone Number

Remit to: Brown & Gallo, LLC  P.O. Box 934157  Atlanta GA 31193-4157

Printed with FinePrint - purchase at www.fineprint.com

# ESQUIRE
DEPOSITION SERVICES
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
A Hobart West Company
Tax ID # 22-3779684
1180 West Peachtree Street, Suite 650
Atlanta, GA 30309
404-872-7890

| INVOICE NUMBER | DATE |
|---|---|
| 422551 | HALWS01 |
| 42318ATL | 12/18/06 |

**Due Upon Receipt**

**To:**

Spohrer Wilner Maxwell & Matthews, P.A.
701 West Adams Street
1st Floor
Jacksonville, FL 32202

**ATTN : STEVE BROWNING, ESQ**

**YOUR REFERENCE NUMBER:**

**CAPTION:**     2 04-CV-0106

REYNOLDS VS. GENERAL MOTORS CORPORATION

SERVICES PROVIDED ON 11/07/06:
Robert Hellmuth            1- 99      99 PGS @ $3.60

| | AMOUNT DUE | ENCL. |
|---|---|---|
| | 356.40 | O+1 |
| E TRANSCRIPT | 20.00 | |
| CD ROM/MINI TRANSCRIPT | 25.00 | |
| SHIPPING | 15.00 | |
| APPEARANCE FEE-MINIMUM | 75.00 | |
| THANK YOU | | |

**BALANCE DUE**                **TOTAL**     491.40

For Invoice Questions,
Please Call
800-584-3500
Fax 954-733-5978

Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.
**Please detach and send with payment**



**Alexander Gallo & Associates, LLC**
COURT REPORTING • VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

Telephone (404) 495-0777
Facsimile (404) 495-0766
Toll Free (877) 495-0777
www.galloreporting.com

**REMIT TO:**
Alexander Gallo & Associates, LLC
Post Office Box 550654
Atlanta, Georgia 30355

NORWOOD S. WILNER, ESQ.
SPOHRER, WILNER, MAXWELL & MATTHEWS
701 WEST ADAMS STREET
SUITE 2
JACKSONVILLE, FL 32204

## Invoice #43469

| Date | Terms |
|------|-------|
| 07/25/2006 | NET 30 |

| Assignment | Case | Gallo File # | Shipped | Shipped Via |
|------------|------|--------------|---------|-------------|
| 06/30/2006 | REYNOLDS vs. GENERAL MOTORS | 13789 | 07/14/2006 | F-P-O |

| Description |
|-------------|
| Copy Transcript of ROBERT HOOKER |

Amount Due: $ 634.00
Paid: $ 0.00

| Balance Due: | $ 634.00 |
|--------------|----------|
| Payment Due: | Upon Receipt |

*LOCATION OF DEPOSITION:*
*JACKSONVILLE, FLORIDA*

After 08/24/2006 Pay This Amount: $ 697.40

Tax Number:
20-4254-161

Terms: Payable upon receipt. 1.5% per month.
Accounts unpaid after a reasonable period of time
that are sent to collections agree to pay all collection
costs, including contingency fee paid to attorney.

## Method of Payment

☐ Check Enclosed
   Please Make Check Payable to:

**Alexander Gallo & Associates, LLC**

☐☐☐☐☐ ☐☐☐☐☐
Credit Card Number

Charge My Credit Card

☐ VISA  ☐ MasterCard
☐ American Express

☐☐☐☐ ☐☐☐☐
Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone

```
≡≡≡                                          Deposition Services, LLC
ESQUIRE                                      A Hobart West Company           97741      PROBA01
DEPOSITION SERVICES®                         Tax ID # 22-3779684
A HOBART WEST COMPANY                        W. Big Beaver Road, Suite 925
                                             Troy, Michigan 48084
                                             205-7010    Fax (248) 205-7040
                                                                        INVOICE NUMBER   DATE
To:  Spohrer, Wilner, Maxw    , Matthews
     701 West Adams Street                                              104092EMI    08/10/06
     Jacksonville, FL 32204


                                                    Due Upon Receipt       AMOUNT DUE   ENCL.
     ATTN : Norwood Wilner, Esq.


YOUR REFERENCE NUMBER:

CAPTION:   REYNOLDS, GARLAND VS. GENERAL MOTORS


     SERVICES PROVIDED ON 08/03/06:
     Richard Keefer            1- 103  103 PGS @ $3.25      334.75       O+1

     Appearance Fee                                         105.00
     Exhibit(s)                 1042 @ $0.35                 364.70
     ETV - Exhibits                                          35.00
     Archiving Fee                                           40.00
     Delivery                                                43.32
```

|  |  |
|---|---|
| **BALANCE DUE** | **TOTAL** 922.77 *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 866-5560
Fax (248) 205-7040

Please detach and send with payment


LLC

Telephone (404) 495-0777
(404) 876-8979
Toll Free (877) 495-0777
(800) 637-0293
Fax (404) 495-0766

www.galloreporting.com

ANDREW J. HILL, ESQ.
BLASINGAME, BURCH, GARRARD, & ASHLEY, PC - ATHENS
440 COLLEGE AVENUE
ATHENS, GA 30601

*Invoice #47768*

| Date | Terms |
|---|---|
| 02/18/2007 | NET 30 |

| Assignment | Case | Bg File | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/08/2007 | REYNOLDS vs. GENERAL MOTORS | 13789 | 01/25/2007 | F-2 |

| Description |
|---|
| Copy Transcript of KENNETH B. KITCHENS |

| | |
|---|---|
| Amount Due: | $ 362.82 |
| Paid: | $ 362.82 |

*LOCATION OF DEPOSITION:  DAYTONA BEACH, FLORIDA.*

| Balance Due: | $ 0.00 |
|---|---|
| Payment Due: | 03/20/2007 |

Tax Number: 20-8233517

Method of Payment
☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Brown & Gallo, LLC

Amount Authorized _____

Credit Card Number                    Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone Number

Remit to: Brown & Gallo, LLC  P.O. Box 934157  Atlanta GA 31193-4157



BROWN & GALLO
LLC

Telephone (404) 495-0777
(404) 876-8979
Toll Free (877) 495-0777
(800) 637-0293
Fax (404) 495-0766

www.galloreporting.com

HENRY G. GARRARD, III, ESQ.
BLASINGAME, BURCH, GARRARD, & ASHLEY, PC - GREENSBORO
SUITE B
1040 FOUNDERS ROW
GREENSBORO, GA 30642

### Invoice #41926

| Date | Terms |
|---|---|
| 05/17/2006 | NET 30 |

| Assignment | Case | Bg File | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/17/2006 | REYNOLDS vs. GENERAL MOTORS | 13789 | 05/15/2006 | F-2 |

**Description**

**Copy Transcript of HAROLD DWIGHT LANIER, JR.**
**Copy Transcript of MELVIN THARON DUKES, SGT.**
**Copy Transcript of VIVIAN RAWLS LUKE**

| | |
|---|---|
| Amount Due: | $ 710.75 |
| Paid: | $ 710.75 |

| | |
|---|---|
| Balance Due: | $ 0.00 |
| Payment Due: | 06/16/2006 |

Tax Number: 20-8233517

| Method of Payment | |
|---|---|
| ☐ VISA | ☐ Check Enclosed |
| ☐ MasterCard | Please Make Check Payable to Brown & Gallo, LLC |
| ☐ American Express | Amount Authorized _____ |

Credit Card Number                    Exp. Date

Signature (as it appears on your credit card) _____

Print Name (as it appears on your credit card) _____

Daytime Phone Number _____

Remit to: Brown & Gallo, LLC  P.O. Box 934157  Atlanta GA 31193-4157

# ESQUIRE
## DEPOSITION SERVICES.
### A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
A Hobart West Company
Tax ID # 22-3779684
2929 North Central Avenue, Suite 1680
Phoenix, AZ 85012
602-749-1088 FAX 602-749-1089

4852        SMITP01

| INVOICE NUMBER | DATE |
|---|---|
| 4929EPX | 08/28/06 |

To:
Spohrer Wilner Maxwell & Matthews, P.A.
701 West Adams Street
Jacksonville, FL 32204

ATTN : NORWOOD WILNER

**YOUR REFERENCE NUMBER:**

**CAPTION:**        REYNOLDS V GM

Due Upon Receipt

| | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|
| SERVICES PROVIDED ON 08/10/06: | | | | |
| Robert B. Larson, P.B. | 1- 176 | 176 PGS @ $4.56 | 802.56 | 0+1 |
| | | | | |
| Per Diem (in quarter hours) | | 17 @ $10.00 | 170.00 | |
| Administrative Fee | | | 60.00 | |
| CD-Litigation Support | | | 35.00 | |
| Condensed Transcript/Indexing | | | 20.00 | |
| Bound Tabbed Exhibits | | 1778 @ $0.60 | 1,066.80 | |
| Exhibits - Special | | 336 @ $1.50 | 504.00 | |
| Exhibits on Videotape/CD/DVD | | 10 @ $25.00 | 250.00 | |
| Sheet Protectors | | 4 @ $1.00 | 4.00 | |
| Shipping and Handling | | | 85.20 | |
| Thank You! | | | | |

TOTAL        **2,997.56**    *Thank You!*

**BALANCE DUE**

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Please detach and send with payment

For Invoice Questions,
Please Call
(602)749-1088
Fax (602)749-1089



# BROWN & GALLO
### LLC

Telephone (404) 495-0777
(404) 876-8979
Toll Free (877) 495-0777
(800) 637-0293
Fax (404) 495-0766

www.galloreporting.com

ANDREW J. HILL, ESQ.
BLASINGAME, BURCH, GARRARD, & ASHLEY, PC - ATHENS
440 COLLEGE AVENUE
ATHENS, GA 30601

## *Invoice #47384*

| Date | Terms |
|------|-------|
| 01/25/2007 | NET 30 |

| Assignment | Case | Bg File | Shipped | Shipped Via |
|------------|------|---------|---------|-------------|
| 01/04/2007 | REYNOLDS vs. GENERAL MOTORS | 13789 | 01/11/2007 | F-S-0 |

| Description |
|-------------|
| Copy Transcript of MARY LESTER, M.D. |

|  |  |
|--|--|
| Amount Due: | $ 421.50 |
| Paid: | $ 421.50 |

| Balance Due: | $ 0.00 |
|--------------|---------|
| Payment Due: | 02/24/2007 |

*LOCATION OF DEPOSITION: CHARLESTON, SOUTH
CAROLINA.*

Tax Number: 20-8233517

| Method of Payment | |
|-------------------|--|
| ☐ VISA | ☐ Check Enclosed |
| ☐ MasterCard | Please Make Check Payable to Brown & Gallo, LLC |
| ☐ American Express | Amount Authorized _____ |

☐☐☐☐  ☐☐☐☐  ☐☐☐☐  ☐☐☐☐
Credit Card Number                          Exp. Date

Signature (as it appears on your credit card) _____

Print Name (as it appears on your credit card) _____

Daytime Phone Number _____

Remit to: Brown & Gallo, LLC  P.O. Box 934157  Atlanta GA 31193-4157

From: PRODUCTION                                          02/14/2007  11:55      #156 P.002/002

*Reynolds*

Thomas & Thomas Court Reporters
P.O. Box 31250
Omaha, NE 68131
(402) 556-5000   Fax (402) 556-2037

3/7

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 6931 | 02/14/2007 | 01-5725 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 01/19/2007 | HEANMY | NO.: 2 04-CV-0 |

| CASE CAPTION |
|---|
| Garland Reynolds Jr. et al. v. General Motors Corp. |

| TERMS |
|---|
| Due upon receipt |

Norwood Wilner
Spohrer, Wilner, Maxwell and Mathews
701 West Adams Street
Jacksonville, FL 32202-2792

TAX ID NO. : 47-0841603                          (904) 354-8310   Fax (904) 358-6889

*Please detach bottom portion and return with payment.*

Norwood Wilner
Spohrer, Wilner, Maxwell and Mathews
701 West Adams Street
Jacksonville, FL 32202-2792

Invoice No. :  6931
Date        :  02/14/2007
TOTAL DUE   :     469.25

Job No.   :  01-5725
Case No.  :  NO.: 2 04-CV-0106
Garland Reynolds Jr. et al. v. Gener

Remit To:   Thomas & Thomas Court Reporters
            P.O. Box 31250
            Omaha, NE 68131

RECEIVED TIME  FEB. 14.  11:42AM           PRINT TIME  FEB. 14.  11:44AM

# Obujen & McCutcheon

**Tax ID #20-1427090**

1733 Woodside Road, Suite 370
Redwood City  CA  94061
(650) 326-9920

# Invoice

**Invoice #:** 1268
**Invoice Date:** 12/13/2006
**Due Date:** 12/13/2006

**Bill To:**
Spohrer, Wilner, Maxwell &
Matthews, P.A.
701 W. Adams Street, Suite 2
Jacksonville, FL 32204
Attn: Norwood S. Wilner

**Case:**  Reynolds v. General Motors PADMANABAN          **Date Taken:**    12/5/2006

| Description | Amount |
|---|---|
| Hold Notes 1/2 day | 225.00 |
| Reporter appearance | 75.00 |
| Shipping Exhibits | 18.50 |
| Shipping Original in 30 Days | 10.00 |

Please make checks payable to: Obujen & McCutcheon

| | |
|---|---|
| **Total** | $328.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $328.50 |

(650) 326-9920          Fax: (650) 326-6211          obreporter@aol.com

RECEIVED TIME  DEC. 13.   6:22PM          PRINT TIME  DEC. 13.   6:23PM



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363     FAX (415)288-4286

70399     BELLM01

| INVOICE NUMBER | DATE |
|---|---|
| 66365ESF | 09/26/06 |

To:

SPOHRER, WILNER, MAXWELL & MATTHEWS, P.A.
701 WEST ADAMS STREET
SUITE 2
JACKSONVILLE, FL 32204

ATTN : NORWOOD S. WILNER

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

REYNOLDS VS. GENERAL MOTORS CORPORATION

| | AMOUNT DUE | ENCL. |
|---|---|---|
| SERVICES PROVIDED ON 09/13/06: | | |
| ELIZABETH H. RAPHAEL, M.D. | 297.00 | O+1 |
| | | |
| SHIPPING & HANDLING | 93.06 | |
| LITIGATION SUPPORT PACKAGE | 25.00 | |
| B&W EXHIBITS | 6.60 | |
| XHIBITS ON CD | 5.00 | |
| ATTENDANCE FEE | 65.00 | . |

BALANCE DUE

| TOTAL | 491.66 | Thank You! |
|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

**Please detach and send with payment**

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 70399  TOT: $491.66
INVOICE #: 66365ESF
DATE: 09/26/06

SPOHRER, WILNER, MAXWELL & MATTHEWS, P.A.
Attn: NORWOOD S. WILNER
701 WEST ADAMS STREET
SUITE 2
JACKSONVILLE, FL 32204



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

Telephone (404) 495-0777
Facsimile (404) 495-0766
Toll Free (877) 495-0777
www.galloreporting.com

**REMIT TO:**
Alexander Gallo & Associates, LLC
Post Office Box 550654
Atlanta, Georgia 30355

NORWOOD S. WILNER, ESQ.
SPOHRER, WILNER, MAXWELL & MATTHEWS
701 WEST ADAMS STREET
JACKSONVILLE, FL 32204

## *Invoice #43071*

| Date | Terms |
|------|-------|
| 06/30/2006 | NET 30 |

| Assignment | Case | Gallo File # | Shipped | Shipped Via |
|------------|------|--------------|---------|-------------|
| 06/08/2006 | REYNOLDS vs. GENERAL MOTORS | 13789 | 06/19/2006 | F-X-S |

| Description |
|-------------|
| Copy Transcript of DAVID RENFROE, PH.D., P.E. |

|  |  |
|--|--|
| Amount Due: | $ 977.30 |
| Paid: | $ 0.00 |

*LOCATION OF DEPOSITION: FARMINGTON, ARKANSAS.*

| Balance Due: | · $ 977.30 |
|--------------|-----------|
| Payment Due: | Upon Receipt |

After 07/30/2006 Pay This Amount:     $ 1,075.03

Tax Number:
20-4254161

Terms: Payable upon receipt. 1.5% per month,
Accounts unpaid after a reasonable period of time
that are sent to collections agree to pay all collection
costs, including contingency fee paid to attorney.

**Method of Payment**

□ Check Enclosed
  Please Make Check Payable To:

**Alexander Gallo & Associates, LLC**

Charge My Credit Card

□ VISA   □ MasterCard

□ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card Number                    Exp. Date

Daytime Phone



BROWN & GALLO
LLC

Telephone (404) 495-0777
(404) 876-8979
Toll Free (877) 495-0777
(800) 637-0293
Fax (404) 495-0766

www.galloreporting.com

HENRY G. GARRARD, III, ESQ.
BLASINGAME, BURCH, GARRARD, & ASHLEY, PC - GREENSBORO
SUITE B
1040 FOUNDERS ROW
GREENSBORO, GA 30642

**Invoice #41732**

| Date | Terms |
|------|-------|
| 05/10/2006 | NET 30 |

| Assignment | Case | Bg File | Shipped | Shipped Via |
|------------|------|---------|---------|-------------|
| 04/21/2006 | REYNOLDS vs. GENERAL MOTORS | 13789 | 05/09/2006 | FED EX GROUND |

**Description**

Copy Transcript of BONNIE JEAN REYNOLDS

| | |
|---|---|
| Amount Due: | $ 552.00 |
| Paid: | $ 552.00 |

| | |
|---|---|
| Balance Due: | $ 0.00 |
| Payment Due: | 06/09/2006 |

Tax Number: 20-8233517

**Method of Payment**
- ☐ VISA
- ☐ MasterCard
- ☐ American Express

☐ Check Enclosed
Please Make Check Payable to Brown & Gallo, LLC

Amount Authorized _____

Credit Card Number          Exp. Date

Signature (as it appears on your credit card) _____

Print Name (as it appears on your credit card) _____

Daytime Phone Number _____

Remit to: Brown & Gallo, LLC  P.O. Box 934157  Atlanta GA 31193-4157

Printed with FinePrint - purchase at www.fineprint.com


BROWN & GALLO
LLC

Telephone (404) 495-0777
(404) 876-8979
Toll Free (877) 495-0777
(800) 637-0293
Fax (404) 495-0766

www.galloreporting.com

HENRY G. GARRARD, III, ESQ.
BLASINGAME, BURCH, GARRARD, & ASHLEY, PC - GREENSBORO
SUITE B
1040 FOUNDERS ROW
GREENSBORO, GA 30642

### Invoice #42368

| Date | Terms |
|------|-------|
| 06/02/2006 | NET 30 |

| Assignment | Case | Bg File | Shipped | Shipped Via |
|-----------|------|---------|---------|-------------|
| 05/17/2006 | REYNOLDS vs. GENERAL MOTORS | 13789 | 06/02/2006 | FED EX GROUND |

| Description |
|-------------|
| Copy Transcript of MINOR GARLAND REYNOLDS, JR. |

Amount Due: $ 570.25
Paid: $ 570.25

*LOCATION OF ATHENS, GEORGIA.*

| Balance Due: | $ 0.00 |
|--------------|--------|
| Payment Due: | 07/02/2006 |

Tax Number: 20-8233517

Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Brown & Gallo, LLC

Amount Authorized _____

Credit Card Number ☐☐☐☐☐☐ ☐☐☐☐☐☐ ☐☐☐☐☐☐ Exp. Date ☐☐☐☐

Signature (as it appears on your credit card) _____

Print Name (as it appears on your credit card) _____

Daytime Phone Number _____

Remit to: Brown & Gallo, LLC   P.O. Box 934157   Atlanta GA 31193-4157

Printed with FinePrint - purchase at www.fineprint.com

Hill, Tammy

BROWN & GALLO, LLC
2700 CENTENNIAL TOWER
101 MARIETTA STREET
ATLANTA, GA 30303
(404) 876-8979   Fax (404) 223-1578

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 420462 | 06/13/2006 | 01-197101 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/23/2006 | RUGGLI | 204CV0106RW |

| CASE CAPTION |
|---|
| Garland Reynolds, Jr., et al. vs. General Motors Corporatio |

| TERMS |
|---|
| |

Henry G. Garrard, III, Esq.
Blasingame, Burch, Garrard & Ashley
440 College Avenue North
Suite 320
Athens, GA 30601-4503

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Grace S. Rozycki, M.D.
                                                           .279.05

                                    TOTAL  DUE   >>>>        279.05

***DISCOUNT FOR MIN-U-SCRIPT ONLY APPLIED***
```

TAX ID NO.:  20-8233517

(706) 354-4000   Fax (706) 353-0673

*Please detach bottom portion and return with payment.*

Henry G. Garrard, III, Esq.
Blasingame, Burch, Garrard & Ashley
440 College Avenue North
Suite 320
Athens, GA 30601-4503

```
Invoice No.:  420462
Date        :  06/13/2006
TOTAL DUE   :     279.05


Job No.   :  01-197101
Case No.  :  204CV0106RWS
Garland Reynolds, Jr., et al. vs. Ge
```

Remit To:   **BROWN & GALLO, LLC**
            **P. O. BOX 934157**
            **ATLANTA, GA 31193**



**BROWN&GALLO**

LLC

Telephone (404) 495-0777
(404) 876-8979
Toll Free (877) 495-0777
(800) 637-0293
Fax (404) 495-0766

www.galloreporting.com

ANDREW J. HILL, ESQ.
BLASINGAME, BURCH, GARRARD, & ASHLEY, PC - ATHENS
440 COLLEGE AVENUE
ATHENS, GA 30601

### *Invoice #47280*

| Date | Terms |
|------|-------|
| 01/19/2007 | NET 30 |

| Assignment | Case | Bg File | Shipped | Shipped Via |
|------------|------|---------|---------|-------------|
| 01/10/2007 | REYNOLDS vs. GENERAL MOTORS | 13789 | 01/17/2007 | F-X-S |

| Description |
|-------------|
| Copy Transcript of KELVIN SEARCY |

|  |  |
|--|--|
| Amount Due: | $ 270.50 |
| Paid: | $ 270.50 |

| Balance Due: | $ 0.00 |
|--------------|--------|
| Payment Due: | 02/18/2007 |

*LOCATION OF DEPOSITION:  GRIFFIN, GEORGIA.*

Tax Number: 20-8233517

Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Brown & Gallo, LLC

Amount Authorized _____

☐☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐
Credit Card Number                    Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone Number

Remit to: Brown & Gallo, LLC  P.O. Box 934157  Atlanta GA 31193-4157

Printed with FinePrint - purchase at www.fineprint.com

# ESQUIRE
## DEPOSITION SERVICES®
### A HOBART WEST COMPANY

**E** ® **e Deposition Services, LLC**
A Hobart West Company
Tax ID # 22-3779684
2301 W. Big Beaver Road, Suite 925
Troy, Michigan 48084
(248) 205-7010    Fax (248) 205-7040

| INVOICE NUMBER | DATE |
|---|---|
| 100753 | |
| 106290EMI | 12/18/06 |

**To:**
Spohrer, Wilner, Maxwell, Matthews
701 West Adams Street
Jacksonville, FL 32204

**ATTN :** Norwood Wilner, Esq.

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:**    REYNOLDS, GARLAND VS.  GENERAL MOTORS

SERVICES PROVIDED ON 11/29/06:

Robert Sinke
Appearance Fee                                           81.25
Video - CD (Exhibits Only)                               35.00
Delivery                                                  7.50

**BALANCE DUE**

**TOTAL**   123.75

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Please detach and send with payment

For Invoice Questions,
Please Call
(800) 866-5560
Fax (248) 205-7040

*Thank You!*

JORGE02



BROWN & GALLO
LLC

Telephone (404) 495-0777
(404) 876-8979
Toll Free (877) 495-0777
(800) 637-0293
Fax (404) 495-0766

www.galloreporting.com

HENRY G. GARRARD, III, ESQ.
BLASINGAME, BURCH, GARRARD, & ASHLEY, PC - GREENSBORO
SUITE B
1040 FOUNDERS ROW
GREENSBORO, GA 30642

**Invoice #43068**

| Date | Terms |
|------|-------|
| 06/30/2006 | NET 30 |

| Assignment | Case | Bg File | Shipped | Shipped Via |
|------------|------|---------|---------|-------------|
| 05/25/2006 | REYNOLDS vs. GENERAL MOTORS | 13789 | 07/03/2006 | F-P-O |

| Description |
|-------------|
| Copy Transcript of RODNEY A. WHITMIRE |
| Copy Transcript of SCOTT BRANTLEY SHORT, SGT. |

Amount Due:     $ 1,029.60
Paid:           $ 1,029.60

*LOCATION OF DEPOSITIONS:  GAINESVILLE, GEORGIA.*

| Balance Due: | $ 0.00 |
|--------------|--------|
| Payment Due: | 08/02/2006 |

Tax Number: 20-8233517

Method of Payment
☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Brown & Gallo, LLC

Amount Authorized _____

Credit Card Number          Exp. Date

Signature (as it appears on your credit card) _____

Print Name (as it appears on your credit card) _____

Daytime Phone Number _____

Remit to: Brown & Gallo, LLC   P.O. Box 934157   Atlanta GA 31193-4157

**Esquire** ~~sition Services, LLC~~
A ~~art West Company~~
ID # 22-3779684
1180 West Peachtree Street, Suite 650
Atlanta, GA 30309
404-872-7890

| | | 422151 | HALWS01 |
|---|---|---|---|

41377ATL   09/06/06

10/13/06

Spohrer Wilner Maxwell & Matthews, P.A.
701 West Adams Street
1st Floor
Jacksonville, FL 32202

ATTN : STEVE BROWNING, ESQ

2 04-CV-0105

REYNOLDS VS. GENERAL MOTORS CORPORATION

SERVICES PROVIDED ON 08/23/06:
DR. ROGER C. TUTTEROW

| | | | |
|---|---|---|---|
| 1 83 | 83 PGS @ $3.60 | 298.80 | O+I |
| CD ROM/MINI TRANSCRIPT | 13 @ $0.55 | 25.00 | |
| SCANNED B&W EXHIBITS/TABS | | 7.15 | |
| APPEARANCE FEE-MINIMUM | | 75.00 | |
| WAITING TIME 15 MIN. | | 10.00 | |
| SHIPPING | | 34.50 | |
| THANK YOU | | | |

BALANCE DUE                                      450.45

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
800-584-3500
Fax 954-733-5978

**Esquire Deposition Services, LLC**
A Hobart West Company
Tax ID # 22-3779684
90 Woodbridge Center Drive, Suite 340
Woodbridge, NJ  07095
(732)283-1060    FAX(732)283-1640

51229    ESQUT03

BLASINGAME BURCH GARRARD & ASHLEY P.C.          39745ENJ  11/30/05
440 COLLEGE AVENUE NORTH
ATHENS, GA 30603                                          07/15/08

ATTN : GARY BLASINGAME

REYNOLDS VS GENERAL MOTORS

SERVICES PROVIDED ON 11/17/05:

DENNIS J. VALLAD

| | | |
|---|---|---|
| VIDEO DEPOSITION | | 315.00 |
| FIRST TWO HOURS OF VIDEOTAPING | | 735.00 |
| ADDITIONAL HOURS RECORDING | 7 @ 105.00 | 75.00 |
| VIDEO SET-UP FEE | | 60.00 |
| VIDEOCASSETTE | 4 @ $15.00 | |
| NI | | |

PAYMENTS RECEIVED                                -1,185.00

BALANCE DUE                                         0.00

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ESQUIRE DEPOSITION SERVICES, LLC          JOB: 51229  TOT: $0.00
P.O. BOX 785751                           INVOICE #: 39745ENJ
Philadelphia,PA 19178-5751                DATE: 07/15/08
Tax ID # 22-3779684

BLASINGAME BURCH GARRARD & ASHLEY P.C.
Attn: GARY BLASINGAME
440 COLLEGE AVENUE NORTH
ATHENS, GA 30603

**Esquire Deposition Services, LLC**
**A Hobart West Company**
90 Woodbridge Center Drive, Suite 340
Woodbridge, NJ  07095
(732)283-1060    FAX(732)283-1640
Tax ID # 22-3779684

TO : SPOHRER WILNER MAXWELL & MATTHEWS, P.A.
    701 WEST ADAMS STREET
    SUITE 2
    JACKSONVILLE     FL          32204

DATE : 02/03/06
(SPOH 01)

PAGE :     1

FAX:

```
+++++++++++++++++
S T A T E M E N T
+++++++++++++++++
```

| INV # | INV DATE | CAPTION | REFERENCE | DT TAKEN | INV AMT | CR | AMT PAID | BAL DUE |
|-------|----------|---------|-----------|----------|---------|----|----------|---------|
| 40049 | 12/21/05 | REYNOLDS VS GENERAL MOTORS | NORWOOD WILNER, ESQ. | 11/17/05 | 1,772.25 | | 0.00 | 1,772.25 |

For Statement Questions, Please call    **BALANCE DUE**    1,772.25
(866)377-5962    Fax (973)377-9543

```
++++++++++++++++++++
|   OVER 30 DAYS    |
++++++++++++++++++++
|        1,772.25 |
++++++++++++++++++++
```

TERMS: DUE UPON RECEIPT

We accept VISA, MasterCard & American Express cards

Remit to: ESQUIRE DEPOSITION SERVICES, LLC
        P.O. BOX 827829
        Philadelphia, PA 19182-7829

FEB 1 4 2006

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

INVOICE NO: 20080044

**MAKE CHECKS PAYABLE TO:**

Henry G. Garrard, III, Esq.
Blasingame Burch Garrard Bryant
& Ashley
Suite 320, 440 College Ave. North
Athens, GA 30603-0832
Phone:   (706) 354-4000

SHARON D. UPCHURCH, RPR
United States Court Reporter
Room 2114, U.S. District Court
75 Spring Street, S.W.
Atlanta, GA 30303-3361
Phone:    (404) 215-1354

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 06-12-2008 | DATE DELIVERED: 06-12-2008 |
|---|---|---|

**Case Style:** 2:04-CV-1-6, Garland Reynolds, et al. v General Motors Corp.
Copy of transcript of Testimony of Bonnie Reynolds from jury trial held 6/4/08 before The Hon. Richard W. Story, U.S. District Judge, NDGA.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 59 | 0.90 | 53.10 | | | | 53.10 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 53.10 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:          Amt: | TOTAL DUE: | $53.10 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE *Sharon D. Upchurch*          DATE   06-12-2008

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

INVOICE NO:   20080042

## MAKE CHECKS PAYABLE TO:

Henry G. Garrard, III, Esq.
Blasingame Burch Garrard Bryant
  &amp; Ashley
Suite 320, 440 College Ave. North
Athens, GA 30603-0832

Phone:   (706) 354-4000

SHARON D. UPCHURCH, RPR
United States Court Reporter
Room 2114, U.S. District Court
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Phone:   (404) 215-1354

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 06-04-2008 | 06-09-2008 |

**Case Style:** 2:04-CV-106, Garland Reynolds, et al. v General Motors
Transcript of Opening Statements from jury trial proceedings held 6/2/08
before The Hon. Richard W. Story.  (cost of original and one copy split
between parties.)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 21 | 4.85 | 101.85 | 21 | 0.90 | 18.90 | | | | 120.75 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 120.75 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| Date Paid: | Amt: | TOTAL DUE: | $120.75 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
judicial Conference of the United States.

| SIGNATURE *Sharon D. Upchurch* | DATE | 06-09-2008 |
|---|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

INVOICE NO:  20080054

MAKE CHECKS PAYABLE TO:

Andrew J. Hill, III, Esq.
Blasingame, Burch, Garrard, Ashley

Suite 320, 440 College Ave. North
Athens, GA 30603-0832

Phone:   (706) 354-4000

SHARON D. UPCHURCH, RPR
United States Court Reporter
Room 2114, U.S. District Court
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Phone:     (404) 215-1354

| | CRIMINAL | X CIVIL | DATE ORDERED: 07-10-2008 | DATE DELIVERED: 07-18-2008 |
|---|---|---|---|---|

**Case Style:** 2:04-CV-106, Garland Reynolds, Jr., et al. v General Motors Corporation
Estimate of transcript of Testimony of Dr. Renfroe from jury trial
proceedings held 6/9/08 - 6/10/08 before The Hon. Richard W. Story, U.S.
District Judge, NDGA.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 224 | 4.25 | 952.00 | | | | | | | 952.00 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 952.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid: | Amt: | TOTAL DUE: | $952.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an ord
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE 07-10-2008 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

INVOICE NO:  20080054

| | |
|---|---|
| Andrew J. Hill, III, Esq.<br>Blasingame, Burch, Garrard, Ashley<br><br>Suite 320, 440 College Ave. North<br>Athens, GA 30603-0832<br>Phone:   (706) 354-4000 | **MAKE CHECKS PAYABLE TO:**<br>SHARON D. UPCHURCH, RPR<br>United States Court Reporter<br>Room 2114, U.S. District Court<br>75 Spring Street, S.W.<br>Atlanta, GA 30303-3361<br>Phone:    (404) 215-1354 |

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 07-10-2008 | 07-18-2008 |

Case Style: 2:04-CV-106, Garland Reynolds, Jr., et al. v General Motors Corporation
Transcript of Testimony of Dr. Renfroe from jury trial proceedings held
6/9/08 - 6/10/08 before The Hon. Richard W. Story, U.S. District Judge,
NDGA.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 240 | 4.25 | 1,020.00 | | | | | | | 1,020.00 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 1,020.00 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | | | TAX (If Applicable): | | | |
| Check No: 073972 | | Deposit Date: 07-11-2008 | | | LESS AMOUNT OF DEPOSIT: | | | | | 952.00 |
| | | | | | | | TOTAL REFUND: | | | |
| | | Date Paid: | | Amt: | | | TOTAL DUE: | | | $68.00 |

**ADDITIONAL INFORMATION**
   Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orc
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

**CERTIFICATION**
   I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | | DATE | |
|---|---|---|---|
| | | | 07-17-2008 |

(All previous editions of this form are
cancelled and should be destroyed)



8452-323

73-04

G. WILLIAM ABEL, JR., CCR-RPR
OFFICIAL COURT REPORTER
FOR THE
ENOTAH JUDICIAL CIRCUIT
P.O. BOX 383
MURRAYVILLE, GEORGIA 30564

OCTOBER 29, 2004

GARY B. BLASINGAME, ESQUIRE
BLASINGAME, BURCH, GARRARD, BRYANT & ASHLEY
P.O. BOX 832
ATHENS, GEORGIA 30603

IN RE:  STATE V. MERRITT
FIN #  58-2457502

VENDOR # _____14594_____

ACCT. # _____1100_____   AMT. _____222.42_____  (009)   NOV 2004
                                                        ENTERED

VOUCHER # _____8324-T_____
DATE PD. _____11/11/04_____
CK. # _____56730_____

OCTOBER 2, 2003, HEARING        $31.51
OCTOBER 2, 2003, HEARING        $82.20
OCTOBER 2, 2003, HEARING        $113.71

TOTAL.......................... $227.42

BLASINGAME, BURCH, GARRARD, BRYANT & ASHLEY, P.C.

NO. 056416

| DATE | INVOICE# | NOTATION | AMOUNT | CK |
|------|----------|----------|--------|-----|
| | | | | 2,405.0 |
| 10/18/04 | CR101804 | TO: ABEL, BILL | 2,405.00 | 10/18/04 |
| | | 8452-323  COURT REP | | |
| 2,405.00 1100 | | UNBILLED CLIENT 08452/0323/REYNOLDS, MATTHEW | | |

VebFlyer :: The Frequent Flyer Authority                    http://www.webflyer.com/travel/milemarker/getmileage.php?city=FY...

**Upgrade Secret #7**
People who sit up front don't have the money.
They have the brains.
FlightBliss.com

**Sandestin Vacation Deal**
Book Now and Earn Double Membership
Rewards® Points
www.Sandestin.com/Amex

 

Search our site:

Google Search

| Frequent Flyer Network Sites | | SPECIAL: Visit the world's most popular message boards for frequent flyers >>> |

**MilesLink**
Receive our frequent
flyer e-newsletter

WebFlyer Home > Travel > MileMarker          ✉ SEND  🖶 PRINT

**MileMarker**

RosettaStone
Learn a language!

Free Shipping Coupon.

**Bonus Promotions**
**DealWatch**
**Mileage Mall**
**Products & Services**

**Award/Upgrade Index**
**Head2Head**
**Mileage Converter**
**Program Guide**
**Program Questions**
**Program Timeline**
**Ratings & Reviews**

**Flight Schedules**
**Flight Tracking**
**Glossary**
**Mileage Calculator**

**News & Advice**

**Ask Randy**
**Late-Breaking News**
**Travel Information**
**View From the Wing**

**AirPoll**
**Newsletters**
**Travel Links**

**Funnies**
**Postcards**

**Results**

**Travel Route:**
**Fayetteville Municipal Arpt, Fayetteville, AR (FYV) to**
**Gainesville Airport, Gainesville, GA (GVL)**
**One Way Distances:**

| | | |
|---|---|---|
| Distance | 596 miles | 959 km |
| Elite bonus | 0 miles | 0 km |
| Class of service bonus | 0 miles | 0 km |
| Special promotion bonus | 0 miles | 0 km |
| TOTAL | 596 miles | 959 km |

**Round Trip Distances:**

| | | |
|---|---|---|
| Distance | 1192 miles | 1918 km |
| Elite bonus | 0 miles | 0 km |
| Class of service bonus | 0 miles | 0 km |
| Special promotion bonus | 0 miles | 0 km |
| TOTAL | 1192 miles | 1918 km |

*(in statute measurements)*

**Note:** *These figures are approximate and are based on data provided by various outside sources. This service is meant to aid in mileage estimation and may not reflect the actual miles awarded by each airline.*

| Today's Hot Deals | Thursday, 7/17/08 |
|---|---|
| • $175 & up -- Summer Sale to Canada from Major U.S. Cities*  **Air Canada** | |
| • $12.31 & up -- Weekend Car Rentals through July (40% OFF)  **CarRentals.com** | |
| • $76 & up -- Caribbean & Mexico from Across the U.S.*  **American Airlines** | |
| • $1098 & up -- Australia from L.A. or San Francisco (R/T)*  **Qantas Airways** | |

Check more routes with MileMarker

Also of Interest:   Whitehouse.gov | USA.gov | E-Gov.gov | ExpectMore.gov | Other Suggested Sites

**GSA**   U.S. General Services Administration

SEARCH

**HOME      BUILDINGS      PRODUCTS      SERVICES      TECHNOLOGY      POLICY      ABOUT GSA**

**Travel Management**

Overview

FAQ

Interagency Travel Mgmt Committee (ITMC)

Per Diem

State Tax Rates & Exemption Info

Travel & Relocation Innovation Award

POV Mileage Reimbursement Rates

Commuted Rate Schedule

GSA Relocation Policy Guide

Hurricane Katrina Q & As

Travel E-mail Notification

Library

Home > Policy > Travel Management > POV Mileage Reimbursement Rates

# Privately Owned Vehicle (POV) Mileage Reimbursement Rates

**Important notice regarding 2008 rates:**

On June 23, 2008, the Internal Revenue Service announced an increase in the mileage reimbursement rate for (1) privately owned automobiles to 58.5 cents per mile and (2) the moving mileage rate to 27 cents per mile. By statute, GSA is required to conduct investigations of the cost of travel and the operation of POVs to employees while engaged on official business. GSA is reviewing data and has started the consultation process required by law before any mileage rate changes are made.

As soon as these processes are complete, any adjustments to the Federal Travel Regulation (FTR) POV mileage rates will be immediately published in the Federal Register for official notification. GSA is also in the process of setting forth an FTR bulletin to announce the mileage reimbursement rate increase to 27 cents per mile as applicable to permanent change of station moves, effective July 1, 2008.

By Law, GSA is responsible for reviewing the privately owned vehicle mileage reimbursement mileage rate on a yearly basis. However, by law, GSA may not exceed the standard mileage reimbursement rate for a privately owned automobile (POA) established by the Internal Revenue Service (IRS).

**Current Privately Owned Vehicle Reimbursement Rates**

| Modes of Transportation | Effective Date | Rate per mile |
|---|---|---|
| Airplane | January 1, 2006 | $1.07 |
| **Automobile** | | |
| If no Government Owned Vehicle available | March 19, 2008 | $0.505 |
| If Government Owned Vehicle available | January 1, 2007 | $0.285 |
| If committed to use Government Owned Vehicle | January 1, 2007 | $0.125 |
| Motorcycle | January 1, 2007 | $0.305 |

CONTACTS

**Additional Contacts For**
Travel Management Policy

**GSA EVENTS**

Relocation Allowances: FTR and JTR, Vol. 2

**REFERENCE**

Federal Travel Regulation (FTR)

**RELATED GSA TOPICS**

Per Diem Rates
Meals and Incidental Expense Breakdown
Airfares (City Pair Program)

**GOVERNMENT LINKS**

Alaska, Hawaii, Puerto Rico, and U.S. possessions Per Diem Rates
Foreign Per Diem Rates
GSA Board of Contract Appeals Off Portal Website
GSA's Contracted Travel Management Centers
Hotel and Motel Fire Safety
Ask a Travel Question
U.S. Government Car Rental Program

**NONGOVERNMENT LINKS**

Federal Premier Lodging Program
National Association of Counties (NACO) Website

**Contact Us**
GSA Staff Directory

**GSA Organizations**

Choose...   GO
Abbreviation Look-up

**GSA Regions by State**

Choose State:   AK   GO

SA - Privately Owned Vehicle (POV) Mileage Reimbursement Rates      http://www.gsa.gov/Portal/gsa/ep/contentView.do?contentId=9646&co...

**QuickLinks**
A-Z Links to GSA Topics

**Previous automobile rates**

| Effective Date | Rate per mile |
|---|---|
| February 1, 2007 | $0.485 |
| January 1, 2006 | $0.445 |
| September 1, 2005 | $0.485 |
| February 4, 2005 | $0.405 |
| January 1, 2004 | $0.375 |
| January 1, 2003 | $0.360 |
| January 21, 2002 | $0.365 |
| January 22, 2001 | $0.345 |
| January 14, 2000 | $0.325 |
| April 1, 1999 | $0.31 |
| September 8, 1998 | $0.325 |
| June 7, 1996 | $0.31 |
| January 1, 1995 | $0.30 |

The shortcut to this page is www.gsa.gov/mileage.

⬥ RATE THIS PAGE

Last Reviewed 6/25/2008

Printer Friendly format

Help  |  Sitemap  |  Accessibility Aids  |  Linking  |  Privacy and Security  |  Contact Us

7/17/2008 4:27 PM

07/22/2008  13:46    7705318788                    BESTWESTERN                              PAGE  03/03



07-22-08

| David Renfroe | Folio No.          | : 2656 | Room No.  : 406 |
| US            | A/R Number         | :      | Arrival   : 06-08-08 |
|               | Group Code         | :      | Departure : 06-10-08 |
|               | Company            | : Blasingame Burch Garrar Ashley P | Conf. No. : 64386066 |
|               | Membership No.     | :      | Rate Code : IGCOR |
|               | Invoice No.        | :      | Page No.  : 1 of 1 |

| Date | Description | | Charges | Credits |
|------|-------------|-|---------|---------|
| 06-08-08 | *Accommodation | | 88.95 | |
| 06-08-08 | State Sales Tax | | 6.23 | |
| 06-08-08 | Local Room Tax | | 5.34 | |
| 06-09-08 | *Accommodation | | 88.95 | |
| 06-09-08 | State Sales Tax | | 6.23 | |
| 06-09-08 | Local Room Tax | | 5.34 | |
| 06-10-08 | American Express | XXXXXXXXXXX1009 | | 201.04 |
| | | Total | 201.04 | 201.04 |
| | | Balance | 0.00 | |

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Lanier Centre - Gainesville
400 E. E. Butler Parkway
Gainesville, GA 30501
Telephone: (770) 531-0907 Fax: (770) 531-0788



**HOTELS · RESORTS**

07-22-08

| | | |
|---|---|---|
| **Stanley Andrews**<br>**Blasingame Burch Garrard Law**<br>**Firm**<br><br>**US** | Folio No.        :  **2657**<br>A/R Number  :<br>Group Code  :<br>Company      :  **Blasingame Burch Garrard Ashley P**<br>Membership No. :  **PC    743938482**<br>Invoice No.    : | Room No.  :  **101**<br>Arrival       :  **06-08-08**<br>Departure  :  **06-11-08**<br>Conf. No.  :  **64364626**<br>Rate Code  :  **IGCOR**<br>Page No.  :  **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-08-08 | *Accommodation | 88.95 | |
| 06-08-08 | State Sales Tax | 6.23 | |
| 06-08-08 | Local Room Tax | 5.34 | |
| 06-09-08 | *Accommodation | 88.95 | |
| 06-09-08 | State Sales Tax | 6.23 | |
| 06-09-08 | Local Room Tax | 5.34 | |
| 06-10-08 | *Accommodation | 88.95 | |
| 06-10-08 | State Sales Tax | 6.23 | |
| 06-10-08 | Local Room Tax | 5.34 | |
| 06-11-08 | American Express     XXXXXXXXXX1009 | | 301.56 |

Thank you for staying at Holiday Inn Lanier Centre-Gainesville. Qualifying points for this stay will automatically be credited to your account.  To make additional reservations online, update your account information or view your statement please visit www. priorityclub.com. We look forward to welcoming you back soon.

| | | |
|---|---|---|
| **Total** | 301.56 | 301.56 |
| **Balance** | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Lanier Centre - Gainesville
400 E. E. Butler Parkway
Gainesville, GA 30501
Telephone: (770) 531-0907 Fax: (770) 531-0788

RECEIVED

MAY 1 3 2008

**ATHENS BLUEPRINT & COPY SHOP**
"YOUR ONE STOP COPY SHOP!"
269 West Dougherty Street
Athens, Georgia 30601
(706) 548-0656

- - - - - - - - - - - - - - - - - - - - - -

05/13/2008        4:02 PM       018
000003  Patrice Appleby
        **\* REPRINT \***

Job #: 8452-323
Type: Pick-up
Signers Name: tammy p
        125 @ 0.7800
05000000570   8PT SS SS GLOSS LTR      97.50
Charge Account                        104.33
SUBTOTAL                               97.50
Sales Tax                               6.83
TOTAL                                 104.33
TOTAL TENDERED                        104.33
CHANGE                                  0.00

Invoice Number 000103018925
Acct  81
Blasingame,Burch,Gd,Bryt,
CHARGE AMOUNT:                        104.33

Sign:


================================
~~~~~ WALL FAR VALID BUSINESS


VENDOR #    00179
  ACCT. #         AMT.
  5210          104.33          X7.


  VOUCHER #
  DATE PD.   5-25-08
ENTERED        073369
MAY 2008

REC

MAY 20 ?

ACCOUNTING DEPT.

VENDOR # *DO179*

ACCT *520* *452.91*

VOUCH

DATE *5-29-8*
*073369*

ATHENS BLUEPRINT & COPY SHOP
"YOUR ONE STOP COPY SHOP!"
269 West Dougherty Street
Athens, Georgia 30601
(706) 548-0656

- - - - - - - - - - - - - - - - - - - -

05/19/2008          10:00 AM          019259
000003  Erica Epps
★ REPRINT ★
*8452 -*
Job #: 28452-323
Type: Delivery
Signers Name: Tammy Pullium
           572 @ 0.7400
05000000570   8PT SS SS GLOSS LTR     423.28
Charge Account                        452.91
SUBTOTAL                              423.28
Sales Tax                              29.63
TOTAL                                 452.91
TOTAL TENDERED                        452.91
CHANGE                                  0.00

Invoice Number 000103019259
Acct  81
Blasingame,Burch,Gd,Bryt,
CHARGE AMOUNT:                        452.91

Sign: *JEL*

=================================

*PL -case*



RECEIVED

MAY 20 2008

ACCOUNTING DEPT.

**ATHENS BLUEPRINT & COPY SHOP**
"YOUR ONE STOP COPY SHOP!"
269 West Dougherty Street
Athens, Georgia 30601
(706) 548-0656

05/20/2008          8:21 AM          019384
000003  Erica Epps

**✱ REPRINT ✱**

Job #: 2Tammy Pulliam
Type: Delivery
Signers Name: Tammy Pulliam
          120 @ 0.7800                    93.60
05000000570   8PT SS SS GLOSS LTR        100.15
Charge Account                            93.60
SUBTOTAL                                   6.55
Sales Tax                                100.15
TOTAL                                    100.15
TOTAL TENDERED                             0.00
CHANGE

Invoice Number 000103019384
Acct  81
Blasingame,Burch,Gd,Bryt,
CHARGE AMOUNT:                           100.15

Sign:

=========================================
**THANK YOU FOR YOUR BUSINESS**
"VISIT OUR WEB SITE @ athensblueprint.com"

VENDOR #  00179
ACCT. #
520                          AMT.
                            100.15

VOUC
DATE          5-29-8
CK. #        073369

**RECEIVED**

MAY 21 2008

ACCOUNTING DEPT

**ATHENS BLUEPRINT & COPY SHOP**
"YOUR ONE STOP COPY SHOP!"
269 West Dougherty Street
Athens, Georgia 30601
(706) 548-0656

05/20/2008      3:45 PM          019458
000003  Gentry David

**＊ REPRINT ＊**

8452-323

Job #: Pictures
Type: Pick-up
Signers Name: Stephanie Teta
              48 @ 0.8600
05000000570   8PT SS SS GLOSS LTR    41.28
                                      44.17
Charge Account                       41.28
SUBTOTAL                              2.89
Sales Tax                            44.17
TOTAL                                44.17
TOTAL TENDERED
CHANGE                                0.00

Invoice Number 000103019458
Acct  81
Blasingame,Burch,Gd,Bryt,
CHARGE AMOUNT:                       44.17

Sign:

================================
**THANK YOU FOR YOUR BUSINESS**
"VISIT OUR WEB SITE @ athensblueprint.com"

VENDOR #                00179

| ACCT. # | AMT. |
|---|---|
| 5210 | 44.17 |
| | |
| | |

VOUCHER # _____
DATE PD.        5-29-08
CK. #           073369

Jul.'21. 2008  9:44AM                                      No. 0601   P. 1/1



6 East Bay Street
Suite 300
Jacksonville, FL 32202

(904)358-0222

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/20/2008 | 96952 |
| Job # | 48651 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Kristen Hill<br>Wilner Block, P.A.<br>3127 Atlantic Blvd. Ste 3<br>Jacksonville, Fl  32207 | Wilner Block, P.A.<br>3127 Atlantic Blvd. Ste 3<br>Jacksonville, FL 32207<br>904.446.9817 |

| Client Matter # | Terms | Account Manager | Ship Date | Shipped Via | Due Date |
|-----------------|-------|-----------------|-----------|-------------|----------|
| Reynolds | Net 30 | Brian | 5/20/2008 | Free | 6/19/2008 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 52,840 | 02 | Light Litigation | 0.105 | 5,548.20 |
| 1,360 | 07 | 8.5 x 11 Color Copies | 0.99 | 1,346.40 |

*By signing this invoice, you are acknowledging that the "Bill To" party is responsible for the amount indicated in full, and will pay by the date as indicated above.*
*WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.*

_____
*Signature & Date*      Federal Tax ID # 82-0579713

| Sales Tax: (7.0%) | $482.62 |
|-------------------|---------|
| **Total:** | **$7,377.22** |
| **Balance Due** | $0.00 |



ATHENS BLUEPRINT & COPY SHOP
"YOUR ONE STOP COPY SHOP!"
269 West Dougherty Street
Athens, Georgia 30601
(706) 548-0656

05/27/2008    3:22 PM              015-23
000003  Gentry David

* REPRINT *

Job #: Color copies
Type: Pick-up
Signers Name: James Leeson
0500000460  LTR 2@# S/S COLOR
Charge Account                         1.30
SUBTOTAL                               1.39
  2 @ 0.6500                           1.30
Sales Tax                              0.09
TOTAL                                  1.39
TOTAL TENDERED                         1.39
CHANGE                                 0.00

Invoice Number 000103019923
Acct 81
Blasingame,Burch,Gd,Bryt,
CHARGE AMOUNT:              1.39

Signr  Reynolds — pr case

THANK YOU FOR YOUR BUSINESS
"VISIT OUR WEB SITE @ athensblueprint.com"

DATE PD.   6-24-08
CK. #  023737
ENTERED

AMT.
1.39